**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00363-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.     BORIS MAVASHOV,

      Defendant.

_____

**ORDER**

_____

     This matter was scheduled for sentencing today, July 17, 2009.  Defendant and his

counsel, Mr. Zone, failed to appear.  The Court located Mr. Zone by phone, and he claimed to

have been unaware of today's hearing, despite being notified of the hearing in this Court's

Minute Order dated June 4, 2009 [**Docket # 146**].  As stated on the record, it is hereby

ORDERED as follows:

     1.     The sentencing hearing scheduled for today is CONTINUED to **Thursday,**

**August 20, 2009, at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse,

1929 Stout Street, Denver, Colorado.  Defendant and counsel must be present.  An interpreter is

required;

     2.     A telephonic status conference is scheduled for **Thursday, August 13, 2009, at**

**9:00 a.m.**  Both Defendant and his counsel must appear.  An interpreter is required;

     3.     Mr. Zone has filed multiple motions seeking to delay sentencing in this case due

to his own personal illness.  As noted at the hearing, the Court is concerned about the

effectiveness of Mr. Zone's representation of Defendant in this case.  Accordingly, IT IS
ORDERED that:

      a.      On or before August 3, 2009, Mr. Zone shall file with the Court, under
seal, statements by his attending physicians setting out the nature of his medical
problems, their diagnosis, and their prognosis;

      b.      On or before August 12, 2009, Mr. Zone shall file with Court, under seal,
any additional medical reports documenting his medical problems through that date;

      c.      Mr. Zone is further ORDERED to secure alternative counsel for
Defendant.  Alternative counsel must be fully briefed and able to substitute for Mr. Zone
in the event Mr. Zone is unable to attend any scheduled hearing for any reason;

      4.      Failure to comply with the terms of this order shall result in a citation to show
cause why Defendant's counsel, Mr. Zone, should not be found in contempt of court.

Dated: July    17   , 2009.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge