**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00363-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    BORIS MAVASHOV,

    Defendant.

_____

**ORDER**
_____

    Defendant's Consent Motion to Adjourn The Defendant's Surrender, Doc No. 167, is GRANTED. Defendant's surrender date is adjourned from January 4, 2010 to February 15, 2010.

    The Court recommends that the defendant's designation be changed to FMC Butner or FMC Devens.

    Dated this   31st   day of December 2009.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge